In the Matter of CHESTER A. BANKS et al., Petitioners, against THOMAS F. DONOHUE et al., Constituting the Board of Elections of Albany County, Respondents.

Supreme Court, Special Term, Albany County, October 11, 1948.

For headnote, see Matter of Wheeler v. Curran, 192 Misc. 1055.

*Morris Zuckman* for petitioners.

*Walter L. Collins, County Attorney* (*Frank Pedlow* of counsel), for Albany County Board of Elections, respondent.

*Ernest B. Morris* for Henry H. Bessette and another, Republican members of the Albany County Board of Elections, respondents.

BOOKSTEIN, J. The facts in this proceeding are precisely the same as in *Matter of Wheeler v. Curran* (192 Misc. 1055) argued and decided simultaneously therewith, except that in this proceeding the rejection of the certificate nominating the petitioners to fill the vacancies in the various offices for which they were named in said certificate, was oral, rather than in writing, due to the alleged late filing.

For the reasons stated in the memorandum of decision in the *Wheeler* matter (*supra*), the application of the petitioners is granted, without costs.

Submit order.